# Court of Appeals
# of the State of Georgia

ATLANTA, __March 31, 2026__

*The Court of Appeals hereby passes the following order:*

## A26A1587. ALDO DERVISHI v. STATE OF GEORGIA.

Aldo Dervishi is apparently facing prosecution for traffic offenses, and he filed what he purports to be a petition for writ of habeas corpus. He filed multiple motions contemporaneously with his petition, including a motion seeking compensation for damages for malicious prosecution, a motion to dismiss the charges against him, a motion alleging prosecutorial misconduct, and a motion to disqualify the solicitor The trial court dismissed the petition and the motions, and Dervishi filed this appeal.

The Supreme Court of Georgia has appellate jurisdiction over all habeas corpus cases.[1] See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (4). Accordingly, this appeal is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__03/31/2026_____*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.__Christina Cooley Smith_____*

---

[1] Although we question whether Dervishi's pleading is properly construed as a habeas petition, we recognize that the Supreme Court has the ultimate responsibility for determining its appellate jurisdiction. See *Saxton v. Coastal Dialysis & Med. Clinic*, 267 Ga. 177, 178 (476 SE2d 587) (1996).